■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL MYERS, Appellant. (Appeal No. 2.) [932 NYS2d 758]—Motion for reargument and reconsideration denied. Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.

■ In the Matter of STEVON R.A. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; DELSENIOR S.-J., Appellant. [933 NYS2d 630]—Appeal is dismissed without costs as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Monroe County, Patricia E. Gallaher, J.—Visitation). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE E. BESSETTE, Appellant. [932 NYS2d 394]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Frederick G. Reed, A.J.—Criminal Sale of a Controlled Substance, 2nd Degree). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TUTOR BUTLER, Appellant. [932 NYS2d 393]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John R. Schwartz, A.J.—Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMMY M. HINES, Appellant. [932 NYS2d 394]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Jefferson County Court, Kim Hawn Martusewicz, J.—Attempted Robbery, 1st Degree). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON HUNT, Also Known as PETE HUNT, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Green and Gorski, JJ.